# STATE OF MICHIGAN

# COURT OF APPEALS

A&D DEVELOPMENT, POWELL
CONSTRUCTION SERVICES, L.L.C., DICK
BEUTER d/b/a BEUTER BUILDING &
CONTRACTING, JIM'S PLUMBING &
HEATING, JEREL KONWINSKI BUILDER, and
KONWINSKI CONSTRUCTION, INC.,

UNPUBLISHED
December 23, 2014

Plaintiffs-Appellants,

v

No. 317024
Ingham Circuit Court
LC No. 10-000879-NI

MICHIGAN COMMERCIAL INSURANCE
MUTUAL and ELEANOR POWELL-YODER,

Defendants-Appellees.

Before: K. F. KELLY, P.J., and SAWYER and METER, JJ.

K. F. KELLY (*concurring*).

I concur in the result only.

/s/ Kirsten Frank Kelly

-1-